

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2024
SEPTEMBER 4, 2024 SESSION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:24-cr-00070
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 856(a)(1)
JUSTIN SAUNDERS                18 U.S.C. § 924(c)(1)(A)
JARDAN DONALDSON               18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 2

S U P E R S E D I N G
I N D I C T M E N T

The Grand Jury Charges:

COUNT ONE

From on or about November 1, 2023, to on or about February 4, 2024, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendants JUSTIN SAUNDERS and JARDAN DONALDSON knowingly conspired to commit offenses in violation of 21 U.S.C. § 841(a)(1), that is, knowingly and intentionally to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," and 500 grams or more of a mixture and substance containing a

detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, both Schedule II controlled substances and a quantity of N,N-Diethyl-2-(2-(4-methoxybenzyl)-5-nitro-1H-benzimidazol-1-yl)ethan-1-amine, also known as "metonitazene," a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about February 3, 2024, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant JUSTIN SAUNDERS knowingly and intentionally distributed 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

On or about February 4, 2024, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendants JUSTIN SAUNDERS and JARDAN DONALDSON, aided and abetted by each other, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," both Schedule II controlled substances and a quantity of N,N-Diethyl-2-(2-(4-methoxybenzyl)-5-nitro-1H-benzimidazol-1-yl)ethan-1-amine, also known as "metonitazene," a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FOUR

On or about February 4, 2024, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendants JUSTIN SAUNDERS and JARDAN DONALDSON did knowingly possess a firearm, that is, a Taurus, model PT11, .45 caliber pistol, in furtherance of a drug trafficking crime for which the defendants may be prosecuted in a court of the United States, that is, possession with intent to distribute quantities of methamphetamine, its salts, isomers, and salts of its isomers, and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," both Schedule II controlled substances, and a quantity of N,N-Diethyl-2-(2-(4-methoxybenzyl)-5-nitro-1H-benzimidazol-1-yl)ethan-1-amine, also known as "metonitazene," a Schedule I controlled substance.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT FIVE

On or about February 4, 2024, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant JUSTIN SAUNDERS did knowingly possess a firearm, that is a Taurus, Model PT1911, .45 caliber pistol, in and affecting interstate commerce:

At the time defendant JUSTIN SAUNDERS possessed the aforesaid firearm, he knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year as defined in 18 U.S.C. § 921(a)(20), that is, convicted on or about September 28, 2017, in the Circuit Court of Kanawha County, West Virginia, of the felony offense of Conspiracy to Commit a Felony against the State of West Virginia, to-wit: Possession with Intent to Deliver Alprazolam, also known as Xanax, in violation of W.Va. Code Sections 61-10-31 and 60A-4-401.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT SIX

Between on or about November 1, 2023 and on or about February 4, 2024, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant JUSTIN SAUNDERS did knowingly lease, rent, use and maintain a place permanently or temporarily, that is, an apartment located at 1417 Quarrier Street, Apartment C, Charleston, Kanawha, West Virginia, for the purpose of manufacturing, distributing and using controlled substances, to wit: quantities of methamphetamine, its salts, isomers, and salts of its isomers, and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," both Schedule II controlled substances.

In violation of Title 21 United States Code, Section 856(a)(1).

## FORFEITURE

The allegations contained in Counts One through Six of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1), 21, U.S.C. § 853(a) and 28 U.S.C. § 2461(c).

Pursuant to 18 U.S.C. § 924(d)(1), 21, U.S.C. § 853(a) and 28 U.S.C. § 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised upon conviction of defendant JUSTIN SAUNDERS and defendant JARDAN DONALDSON of the offenses in violation of 21 U.S.C. §§ 846, 841(a)(1), 924(c)(1)(A), 856(a)(1) and 18 U.S.C. §§ 922(g)(1) and 924(a)(8), defendants JUSTIN SAUNDERS and JARDAN DONALDSON shall forfeit to the United States of America, any property, real or personal, constituting, or derived from, any proceeds traceable to the violations charged herein, and any property involved in or used in the offenses, including but not limited to:

    a.    a Taurus, model PT1911, .45 Caliber pistol, with an obliterated serial number; and

    b.    any ammunition seized on or about February 4, 2024.

WILLIAM S. THOMPSON
United States Attorney

By: _____
SAMUEL D. MARSH
Assistant United States Attorney